J. P. Coleman, Attorney General v. Tennessee Gas
Transmission Co.

J. P. Coleman, Attorney General v. Texas Gas
Transmission Co.

J. P. Coleman, Attorney General v. Transcontinental
Gas Pipe Line Corp.

J. P. Coleman, Attorney General v. Interstate Oil
Pipe Line Co.

J. P. Coleman, Attorney General v. Texas Eastern
Transmission Corp.

J. P. Coleman, Attorney General v. Plantation
Pipe Line Co.

J. P. Coleman, Attorney General v. Midvalley
Pipe Line Co.

Mar. 2, 1953

Nos. 38757-38759, 38761, 38763-38765    22 Adv. S. 37-38    63 So. 2d 89

See ante Coleman, Attorney General v. Trunkline Gas
Co., No. 38755.

*J. H. Sumrall,* Jackson, and *J. P. Coleman,* Attorney
General, for appellant.

*Avery & Putnam,* Jackson, *R. H. & J. H. Thompson,*
Jackson, *Maxwell Bramlette,* Woodville, *M. M. Roberts,*
Hattiesburg, *Lyell & Lyell,* Jackson, *Brunini, Everett,
Grantham & Quin,* Vicksburg, *Vinson, Elins & Weems,*
Houston, Texas, *W. O. Crain,* Shreveport, Louisiana,
*Stone Wells, E. D. Adams,* Houston, Texas, *M. E. New-
comer,* Cleveland, Ohio, *Jones & Stratton,* Brookhaven,
*James B. Henderson* and *Pat F. Timmons,* Houston,
Texas, for appellee.

ON SUGGESTION OF ERROR

HALL, J.

Except as to the length of lines and amount of tax involved, these cases are identical with and are controlled by the opinion this day delivered in the case of J. P. Coleman, Attorney General v. Trunkline Gas Company, No. 38755, and for the reasons therein given the Suggestion of Error is sustained, the former opinions herein are withdrawn and the causes affirmed.

Suggestion of Error sustained, former opinions withdrawn and causes affirmed.

*McGehee, C. J.,* and *Roberds, Holmes* and *Lotterhos, JJ.,* concur.

ETHRIDGE, J., dissenting.

I respectfully dissent from the views of the majority opinion in these cases. My views are expressed in the original opinions thereon, now withdrawn, and printed in 9 Adv. S. 1, 61 So. 2d, pages 291, 292, 294, 295, 296, and in the dissenting opinion on suggestion of error in the companion case of J. P. Coleman, Attorney General v. Trunkline Gas Company, No. 38755.

*Lee, Kyle* and *Arrington, JJ.,* concur in this dissent.